### 39221. DAVIS v. THE STATE.

JORDAN, Judge. The defendant, under an accusation charging him with the possession of "spirituous and intoxicating liquor, to wit: NTPW," was tried and convicted in the City Court of Sandersville. His amended motion for new trial was denied, and he excepted to that judgment. *Held:*

1. Defects in an indictment or accusation must be taken advantage of by demurrer before trial or motion in arrest of judgment after conviction; they furnish no grounds for granting a new trial. *Rucker v. State*, 114 Ga. 13 (1) (39 SE 902). Accordingly, where an accusation charging the defendant with the possession of "spirituous and intoxicating liquor, to wit: NTPW" was not demurred to, and from the evidence it was abundantly clear that the defendant was being prosecuted for the possession of non-tax-paid liquor, it was not error for the trial court so to charge the jury. *Scandrett v. State*, 124 Ga. 141 (2) (52 SE 160).

2. Under the evidence in this case, it was not error for the trial

6

court to charge the jury on the law of confessions. *Brown v. State*, 74 Ga. App. 880 (41 SE2d 912).

3. The evidence authorized the verdict and the trial court did not err in denying the amended motion for new trial. *Judgment affirmed. Nichols, P. J., and Frankum, J., concur.*

DECIDED NOVEMBER 20, 1961—REHEARING DENIED DECEMBER 1, 1961.

*Casey Thigpen,* for plaintiff in error.
*Thomas A. Hutcheson, Solicitor,* contra.

